UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **JENNIFER ROBBYN MC CAFFREY**     Case No.:     **18-20019-RG**

Chapter:     **7**

Judge:     **Rosemary Gambardella**

---

### NOTICE OF PROPOSED ABANDONMENT

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| |
|---|
| Address of the Clerk:     Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Rosemary Gambardella on August 14, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3E . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property:     **11 Great Gorge Drive, Unit #5, Vernon, New Jersey**<br><br>**Current Market Value of Property: $70,000.00**<br>**Estimated Cost of Sale: $7,000.00** |

| |
|---|
| Liens on property:  Ditech – $112,900.00 |

| |
|---|
| Amount of equity claimed as exempt: |

Objections must be served on, and requests for additional information directed to:

Name:     Benjamin A. Stanziale, Jr., Trustee

Address:     29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.: (973) 731-9393

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                            Case No. 18-20019-RG
Jennifer Robbyn Mc Caffrey                                        Chapter 7
         Debtor             CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Jul 11, 2018
                              Form ID: pdf905             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2018.
db             #+Jennifer Robbyn Mc Caffrey,    11 Great Gorge Drive # 5,    Vernon, NJ 07462-5542
517535629       +Ambulatory Anes, Physician,    P.O. Box 342,    Ringwood, NJ 07456-0342
517535628       +Ambulatory Anes, Physician,    P.O. Box 4640,    Rutherford, NJ 07070-0464
517535630       +Atlantic Health Systems,    Morristown,    P.O. Box 35611,    Newark, NJ 07193-5611
517535631       +Celentano Stadtmauer,    1036 Route 46, Suite 28,    PO Box 2594,    Clifton, NJ 07015-2594
517535632       +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
517535633       +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                  Saint Louis, MO 63179-0040
517535637       +EMA,    Morristown Emrrgency Medical Associa,    P.O. Box 6312,    Parsippany, NJ 07054-7312
517535639       +Foundcare Health Center,    2330 S. Congress Avenie,    West Palm Beach, FL 33406-7608
517535640        Morris Imaging Assoc.,    P O Box 6750,    Portsmouth, NH 03802-6750
517535641       +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
517535642       +Premier Health Associates,    532 Lafayette Road,    Sparta, NJ 07871-4411
517535644       +Quest Diagnostics,    P.O. Box 740985,    Cincinnati, OH 45274-0985
517535643       +Quest Diagnostics,    P.O. Box 7308,    Hollister, MO 65673-7308
517535645       +Saint Claire Hospital,    P.O. Box 35577,    Newark, NJ 07193-5577
517535647       +Suburban Endoscopy,    799 Bloomfield Avenue,    Verona, NJ 07044-1301
517535648        Summit Medical Group,    Attn #8549X,    P.O. Bo Box 1400,    Belfast, ME 04915
517535650        Td Bank N.a.,    Bank Card Center,    Cherry Hill, NJ 08034
517535652       +The Image Care Centers,    Radiologist Assoc. pf NNJ, PA,    P.O. Box 10728,
                  Lancaster, PA 17605-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 11 2018 23:30:29     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 11 2018 23:30:24      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:35:05
                  Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517535627      +E-mail/Text: mreed@affcollections.com Jul 11 2018 23:30:31      Accurate Collection Servicces,
                  17 Prospect Street,    Morristown, NJ 07960-6862
517535634      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 11 2018 23:30:10      Comenity bank/J Crew,
                  Po Box 182125,    Columbus, OH 43218-2125
517535635      +E-mail/Text: mrdiscen@discover.com Jul 11 2018 23:29:35     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
517535636      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 11 2018 23:30:03     Ditech,    Attn: Bankruptcy,
                  Po Box 6172,    Rapid City, SD 57709-6172
517535638      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jul 11 2018 23:31:03      Fifth Third Bank,
                  1830 East Paris Ave,    Grand Rapids, MI 49546-8803
517535646      +E-mail/Text: clientservices@simonsagency.com Jul 11 2018 23:31:10      Simons Agency Inc,
                  4963 Wintersweeet Drive,    Liverpool, NY 13088-2176
517540268      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:35:05     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517535649      +E-mail/PDF: gecsedi@recoverycorp.com Jul 11 2018 23:33:53     Synchrony Bank/Amazon,
                  Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
517535651       E-mail/Text: bankruptcy@td.com Jul 11 2018 23:30:31     TD Bank, N.A.,    Attn: Bankruptcy,
                  32 Chestnut St,    Lewiston, ME 04243
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                               Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Jul 11, 2018
                              Form ID: pdf905           Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2018 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Leonard S Singer    on behalf of Debtor Jennifer Robbyn Mc Caffrey zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 4
```