**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jennifer Robbyn Mc Caffrey<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0443<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–20019–RG | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer Robbyn Mc Caffrey

8/17/18                                                                       **By the court:** Rosemary Gambardella
                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                      United States Bankruptcy Court
                           District of New Jersey

In re:                                                    Case No. 18-20019-RG
Jennifer Robbyn Mc Caffrey                                Chapter 7
                    Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin                Page 1 of 2         Date Rcvd: Aug 17, 2018
                             Form ID: 318               Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2018.
db            #+Jennifer Robbyn Mc Caffrey,    11 Great Gorge Drive # 5,    Vernon, NJ 07462-5542
517535629      +Ambulatory Anes, Physician,    P.O. Box 342,    Ringwood, NJ 07456-0342
517535628      +Ambulatory Anes, Physician,    P.O. Box 4640,    Rutherford, NJ 07070-0464
517535630      +Atlantic Health Systems,    Morristown,    P.O. Box 35611,    Newark, NJ 07193-5611
517535631      +Celentano Stadtmauer,    1036 Route 46, Suite 28,    PO Box 2594,    Clifton, NJ 07015-2594
517535633      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517535637      +EMA,    Morristown Emrrgency Medical Associa,    P.O. Box 6312,    Parsippany, NJ 07054-7312
517535639      +Foundcare Health Center,    2330 S. Congress Avenie,    West Palm Beach, FL 33406-7608
517535640       Morris Imaging Assoc.,    P O Box 6750,    Portsmouth, NH 03802-6750
517535641      +PNC Bank Credit Card,    Po Box 5570,    Mailstop BR- YB58-01-5,    Cleveland, OH 44101-0570
517535642      +Premier Health Associates,    532 Lafayette Road,    Sparta, NJ 07871-4411
517535644      +Quest Diagnostics,    P.O. Box 740985,    Cincinnati, OH 45274-0985
517535643      +Quest Diagnostics,    P.O. Box 7308,    Hollister, MO 65673-7308
517535645      +Saint Claire Hospital,    P.O. Box 35577,    Newark, NJ 07193-5577
517535647      +Suburban Endoscopy,    799 Bloomfield Avenue,    Verona, NJ 07044-1301
517535648       Summit Medical Group,    Attn #8549X,    P.O. Bo Box 1400,    Belfast, ME 04915
517535650       Td Bank N.a.,    Bank Card Center,    Cherry Hill, NJ 08034
517535652      +The Image Care Centers,    Radiologist Assoc. pf NNJ, PA,    P.O. Box 10728,
                 Lancaster, PA 17605-0728

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 17 2018 22:28:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 17 2018 22:28:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Aug 18 2018 02:23:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
517535627      +E-mail/Text: mreed@affcollections.com Aug 17 2018 22:28:52      Accurate Collection Servicces,
                 17 Prospect Street,    Morristown, NJ 07960-6862
517535632      +EDI: CHASE.COM Aug 18 2018 02:23:00      Chase Card,    Attn: Correspondence,    Po Box 15298,
                 Wilmington, DE 19850-5298
517535634      +EDI: WFNNB.COM Aug 18 2018 02:23:00      Comenity bank/J Crew,    Po Box 182125,
                 Columbus, OH 43218-2125
517535635      +EDI: DISCOVER.COM Aug 18 2018 02:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517535636      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 17 2018 22:28:42      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517535638      +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 17 2018 22:29:05      Fifth Third Bank,
                 1830 East Paris Ave,    Grand Rapids, MI 49546-8803
517535646      +E-mail/Text: clientservices@simonsagency.com Aug 17 2018 22:29:09      Simons Agency Inc,
                 4963 Wintersweeet Drive,    Liverpool, NY 13088-2176
517540268      +EDI: RMSC.COM Aug 18 2018 02:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517535649      +EDI: RMSC.COM Aug 18 2018 02:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 956060,    Orlando, FL 32896-0001
517535651       EDI: TDBANKNORTH.COM Aug 18 2018 02:23:00      TD Bank, N.A.,    Attn: Bankruptcy,
                 32 Chestnut St,    Lewiston, ME 04243
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2018                                 Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                  Page 2 of 2              Date Rcvd: Aug 17, 2018
                              Form ID: 318                 Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2018 at the address(es) listed below:

```
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.     trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leonard S Singer    on behalf of Debtor Jennifer Robbyn Mc Caffrey zsbankruptcy@gmail.com,
               r57125@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```